UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:25-CV-00574-CRS

BRYSON D.                                                                                    PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT

## ORDER

The magistrate judge has filed her Report and Recommendation (DN 19); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 19) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. Accordingly, a separate judgment will be entered this date reversing the final decision of the Commissioner and remanding this matter pursuant to 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

August 11, 2026

Charles R. Simpson III, Senior Judge
United States District Court